UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

**ELLEN YAROSHEFSKY**

                  Petitioner,

        -against-

**GEN. JAMES N. MATTIS** in his official capacity as SECRETARY OF DEFENSE, and

**COL. VANCE H. SPATH** (AIR FORCE) in his official capacity as MILITARY JUDGE, MILITARY COMMISSIONS TRIAL JUDICIARY, DEPARTMENT OF DEFENSE,

                  Respondents.

------------------------------------------------------- x

     17  Civ.  08718  ( GHW )

**ORDER TO SHOW CAUSE FOR WRIT OF HABEAS CORPUS, DECLARATORY JUDGMENT, ORDER TO QUASH, AND TEMPORARY RESTRAINING ORDER**

      Upon the Petition of Petitioner Ellen Yaroshefsky, sworn to the 8th day of November, 2017, and upon the Declaration of Harold K. Gordon together with exhibits thereto and the accompanying memorandum of law it is,

      ORDERED, that the above named respondents show cause before the Hon. _____ of this Court, Room _____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on the \_\_\_\_\_ day of November, 2017, at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued granting a writ of *habeas corpus,* declaratory judgment, order to quash, and prohibiting the government from compelling the Petitioner Ellen Yaroshefsky to appear as a witness at the Military Commission at 4800 Mark Center Drive, Alexandria, Virginia on November 13, 2017, as per the Commission's November 6, 2017 Order (AE 389L); and it is further

      ORDERED that, sufficient reason having been alleged therefor, pending the hearing of petitioner's application, the Respondents are hereby temporarily restrained and enjoined from compelling Ellen Yaroshefsky to appear as a witness at the Military Commission at 4800 Mark,

on November 13, 2017, as per the Commission's November 6, 2017 Order (AE 389L); and it is further

ORDERED that service of a copy of this order together with the Petition and the papers upon which this order is based upon the Respondents through their counsel, Robert Moscati, Deputy Chief Prosecutor, U.S. Department of Justice, Office of Chief Prosecutor, Office of Military Commissions, 1610 Defense Pentagon, Washington, D.C. 20301-1610. Robert.c.Moscati.civ@mail.mil by e-mail and overnight mail, upon the U.S. Attorney for the Southern District of New York by hand delivery to the U.S. Attorney's Office, 86 Chambers Street, New York, New York 10007, by overnight delivery to Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001, by overnight delivery to General Mattis, Secretary of Defense, 1000 Defense Pentagon, Washington, DC 20301, and by email to Col. Spath at martin.l.sims.civ@mail.mil on or before _____ day of November, 2017 shall be deemed good and sufficient service thereof, and it is further

ORDERED that the Respondents shall serve a response if any to this application upon the Petitioner through her counsel, Harold Gordon, Jones Day, 250 Vesey Street, New York, NY 10281, hkgordon@jonesday.com, by e-mail and overnight mail on or before the _____ day of November 2017; and it is further

ORDERED that Petitioner shall serve a reply in further support of this application upon Respondents through counsel, by e-mail and overnight mail on or before the _____ day of November 2017.

Dated: New York, New York
ISSUED:

_____
U.S.D.J.