# Exhibit G

# KAMMEN & MOUDY

*Attorneys at Law*

135 N. PENNSYLVANIA STREET, SUITE 1175

INDIANAPOLIS, IN 46204

RICHARD KAMMEN
JOSHUA MOUDY

**TELEPHONE** (317) 236-0400
**FACSIMLE** (317) 638-7976

_____
Grace Atwater

October 6, 2017

Dear Brigadier General Baker:

I submit this letter to you pursuant to your supervisory authority over the "proper representation of all accused referred to a trial before a military commission appointed pursuant to the M.C.A." R.T.M.C. 9-1(a)(2); R.T.M.C. 9-3(a). I have come to the conclusion that I am ethically obligated to withdraw as Learned Counsel for Mr. Abdul Rahim al-Nashiri before the military commission in Guantanamo.

The attached document(s) reflect why good cause for my withdrawal exists. Specifically, the Indiana Rules of Professional Conduct, by which I am bound, require me to:

(a) provide my client with competent representation, Ind. R. Prof. Conduct 1.1;
(b) communicate matters to my client to the extent reasonably necessary to allow him to make informed decisions regarding the representation, Ind. R. Prof. Conduct 1.4; and
(c) protect my client's confidences unless he gives his informed consent to my disclosure of those confidences, Ind. R. Prof. Conduct 1.6.

Based on facts that I know, both classified and unclassified, extraordinary circumstances exist which prevent me from meeting my obligations under these rules.

This is further confirmed by the attached opinion letter from Ms. Ellen Yaroshefsky, a lawyer and a nationally recognized expert in legal ethics. Professor Yasoshefsky's opinion is based solely on a condensed and unclassified summary of some of the relevant facts. Of course, you have a greater understanding of the entire universe of facts creating my ethical obligation to withdraw.

Therefore, pursuant to R.M.C. 505(d)(2)(B), I hereby submit my application to withdraw for good cause.

Very Respectfully,

\_/s/Richard Kammen_____
Richard Kammen
Attorney at Law

Richard@Kammenlaw.com