# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ELLEN YAROSHEFSKY,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**GEN. JAMES N. MATTIS** in his )<br>official capacity as SECRETARY OF )<br>DEFENSE, and )<br>)<br>**COL. VANCE H. SPATH** (AIR )<br>FORCE) in his official capacity as )<br>MILITARY JUDGE, MILITARY )<br>COMMISSIONS TRIAL )<br>JUDICIARY, DEPARTMENT OF )<br>DEFENSE, )<br>)<br>Respondents. ) | Case No.1:17-cv-08718-GHW<br><br>The Hon. Gregory H. Woods<br><br>**ORAL ARGUMENT REQUESTED** |

## DECLARATION OF HAROLD K. GORDON

Harold K. Gordon, declares as follows:

1. I am a partner at Jones Day, resident in the Firm's New York office.

2. I submit this Declaration to the Court in support of Ellen Yaroshefsky's Reply in Further Support of Petition for Writ of Habeas Corpus, and Motion for Declaratory Judgment, To Quash Subpoena or Other Process, and for an Interim Temporary Restraining Order. No previous application for similar relief on behalf of Ms. Yaroshefsky has been made.

3. For the ease and convenience of the Court, Exhibits to this declaration are lettered sequentially from those attached to my Declaration in support of the original Petition.

4. Attached as Exhibit R is a true and correct copy of the Subpoena served on Professor Yaroshefsky on November 13, 2017.

5. Attached as Exhibit S is a true and correct copy of the transcript of the hearing before this Court held on November 9, 2017.

6. Attached as Exhibit T is a true and correct copy of the Unofficial Transcript of proceedings before Colonel Spath on November 13, 2017.

7. Attached as Exhibit U is a true and correct copy of the Unofficial Transcript of proceedings before Colonel Spath on November 8, 2017.

8. Attached as Exhibit V is a true and correct copy of the Unofficial Transcript of proceedings before Colonel Spath on November 10, 2017.

9. Attached as Exhibit W is a true and correct copy of the Unofficial Transcript of proceedings before Colonel Spath on November 7, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: November 14, 2017

By: _/s/ Harold K. Gordon_
Harold K. Gordon