USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ELLEN YAROSHEFSKY,                                  :
                                                    :
                            Petitioner,             :
                                                    :           1:17-cv-08718-GHW
        -against-                                   :
                                                    :                ORDER
GEN. JAMES N. MATTIS, COL. VANCE H.                 :
SPATH,                                              :
                                                    :
                            Respondents.            :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

   For the reasons stated on the record during the hearing on November 15, 2017, Petitioner's requests for a temporary restraining order and habeas corpus relief are denied. The Clerk of Court is directed to close the motion at Docket No. 8.

   SO ORDERED.

Dated: November 17, 2017
New York, New York                                  _____
                                                        GREGORY H. WOODS
                                                        United States District Judge