# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3740
HKGORDON@JONESDAY.COM

November 29, 2017

**VIA ECF**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Ellen Yaroshefsky v. Gen. James N. Mattis and Col. Vance H. Spath,*
No. 17-cv-08718-GHW

Dear Judge Woods:

Petitioner Ellen Yaroshefsky and Respondents Gen. James N. Marris and Vance H. Spath (the "Parties") jointly submit this letter in response to Your Honor's Order dated November 21, 2017 [Docket No. 26] directing the Parties to advise the Court whether additional relief will be sought. Ms. Yaroshefsky testified before the military commission on November 17, with her testimony's start time delayed on consent to 2:00 P.M. We write to confirm that the Parties do not intend to seek additional relief in connection with this matter. Enclosed is a courtesy copy of the Parties' stipulation of dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) [Docket No. 28].

The parties thank the Court for its consideration of this matter.

Respectfully submitted,

Harold K. Gordon

JONES DAY
250 Vesey St.
New York, NY 10281
(212) 326-3939
hkgordon@jonesday.com
*Attorneys for Petitioner*

JOON H. KIM
Acting United States Attorney for the
Southern District of New York

DAVID S. JONES
Assistant United States Attorney
(212) 637-2739
*Attorneys for Respondents*

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLEN YAROSHEFSKY,<br><br>    Petitioner,<br><br>v.<br><br>GEN. JAMES N. MATTIS in his official capacity as SECRETARY OF DEFENSE, and<br><br>COL. VANCE H. SPATH (AIR FORCE) in his official capacity as MILITARY JUDGE, MILITARY COMMISSIONS TRIAL JUDICIARY, DEPARTMENT OF DEFENSE,<br><br>    Respondents. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Case No. 1:17-cv-08718-GHW |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is hereby voluntarily dismissed pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear their own costs and fees.

Dated: November 29, 2017

*[signature]*

Harold K. Gordon
JONES DAY
250 Vesey St.
New York, NY 10281
(212) 326-3939
hkgordon@jonesday.com
*Attorneys for Petitioner*

Dated: November 29, 2017

JOON H. KIM
Acting United States Attorney for the
Southern District of New York

*[signature]*

DAVID S. JONES
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
(212) 637-2739
david.jones6@usdoj.gov
*Attorneys for Respondents*