UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLEN YAROSHEFSKY,<br><br>  Petitioner,<br><br>v.<br><br>GEN. JAMES N. MATTIS in his official capacity as SECRETARY OF DEFENSE, and<br><br>COL. VANCE H. SPATH (AIR FORCE) in his official capacity as MILITARY JUDGE, MILITARY COMMISSIONS TRIAL JUDICIARY, DEPARTMENT OF DEFENSE,<br><br>  Respondents. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Case No. 1:17-cv-08718-GHW |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is hereby voluntarily dismissed pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear their own costs and fees.

Dated: November 29, 2017

*[signature]*

Harold K. Gordon
JONES DAY
250 Vesey St.
New York, NY 10281
(212) 326-3939
hkgordon@jonesday.com
*Attorneys for Petitioner*

Dated: November 29, 2017

JOON H. KIM
Acting United States Attorney for the
Southern District of New York

*[signature]*

DAVID S. JONES
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
(212) 637-2739
david.jones6@usdoj.gov
*Attorneys for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2017, I electronically filed the foregoing Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) using the Court's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Dated: November 29, 2017           /s/ *Brittany S. Zimmer*
                                                                         Brittany S. Zimmer
                                                                        JONES DAY
                                                                        250 Vesey Street
                                                                        New York, NY 10281
                                                                        *Attorneys for Petitioner*